JS 44 (Rev 06/17)

# CIVIL COVER SHEET

*TJS*   *18CV4497*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MOORE OUTDOOR REJUVENATION, INC 139 Schoolhouse Lane, Glen Mills, PA 19342

**(b)** County of Residence of First Listed Plaintiff: Delaware Cty, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
CHRISTOPHER I MCCABE, ESQ, CHARLSON BRABER MCCABE & DENMARK, 1628 JFK Boulevard, Suite 1803, Phila PA 19103 - 215-330-5702

## DEFENDANTS
BONDEX INSURANCE COMPANY
30A Freeland Road, Suite 120, Florham Park, NJ 07932

County of Residence of First Listed Defendant: n/a
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  |  | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
|  |  |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  |  |  | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation |  | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS - Third Party 26 USC 7609 |  |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability |  | ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/Disabilities - Employment | **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 448 Education | ☐ 550 Civil Rights |  |  |  |
|  |  | ☐ 555 Prison Condition |  |  |  |
|  |  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC section 1332

Brief description of cause:
Claim under payment bond issued by Defendant

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 87,505.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: 10/19/2018

SIGNATURE OF ATTORNEY OF RECORD: s/ Christopher I McCabe

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG JUDGE_____

OCT 19 2018

TJS

**18  4497**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 139 Schoolhouse Lane, Glen Mills, PA 19342

Address of Defendant: 30A Freeland Road, Suite 120, Florham Park, NJ 07932

Place of Accident, Incident or Transaction: Bucks County, PA

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? Yes [ ]  No [✓]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? Yes [ ]  No [✓]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? Yes [ ]  No [✓]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? Yes [ ]  No [✓]

I certify that, to my knowledge, the within case [ ] is / [✓] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 10-19-2018   *(signature)* Christopher McCabe   48296
                     Attorney-at-Law / Pro Se Plaintiff   Attorney I.D. # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

**A. Federal Question Cases:**
1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Patent
6. Labor-Management Relations
7. Civil Rights
8. Habeas Corpus
9. Securities Act(s) Cases
10. Social Security Review Cases
11. All other Federal Question Cases
    *(Please specify):* _____

**B. Diversity Jurisdiction Cases:**
1. Insurance Contract and Other Contracts [✓]
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. Other Personal Injury *(Please specify)* _____
7. Products Liability
8. Products Liability - Asbestos
9. All other Diversity Cases
   *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record or pro se plaintiff, do hereby certify

[ ] Pursuant to Local Civil Rule 53.2, § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

[ ] Relief other than monetary damages is sought.

OCT 19 2018

DATE _____  _____  _____
                Attorney-at-Law / Pro Se Plaintiff   Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | |
|---|---|
| MOORE OUTDOOR REJUVENATION, INC. : | CIVIL ACTION |
| v. : | |
| BONDEX INSURANCE COMPANY : | NO. 18  4497 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C § 2241 through § 2255.                          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                                          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  (X)

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                                                         ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                                                           ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.          ( )

| | | |
|---|---|---|
| 10-19-2018 | Christopher I. McCabe | Plaintiff |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-330-5702 | 215-660-0182 | chris@charlsonlaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

OCT 19 2018




# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MOORE OUTDOOR REJUVENATION, INC.<br>139 Schoolhouse Lane<br>Glen Mills, PA 19342<br>                  Plaintiff<br><br>vs.<br><br>BONDEX INSURANCE COMPANY<br>30A Freeland Road, Suite 120<br>Florham Park, NJ 07932<br>                  Defendant | 18  4497<br><br>NO. _____ |

## COMPLAINT

Plaintiff Moore Outdoor Rejuvenation, Inc. ("Moore"), by its undersigned counsel, files this complaint against Defendant Bondex Insurance Company ("Bondex"), and complains as follows:

### The Parties

1. Moore is a contractor that performs site contracting work and is a Pennsylvania corporation, with its principal place of business located as stated above.

2. Bondex is a licensed insurance and surety company and a New Jersey corporation with its principal place of business located as stated above.

### Jurisdiction

3. Jurisdiction is predicated on 28 U.S.C. § 1332, in that there is diversity of citizenship between plaintiff and defendant and the matter in controversy, exclusive of interest and costs, is in excess of $75,000.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this district.

## Background

5.  Republic First Bank d/b/a Republic Bank ("Republic Bank") contracted with Nason Construction, Inc. ("Nason") to perform construction work on a new bank on property owned by Republic Bank at 599 S. Oxford Valley Road, Fairless Hills, Bucks County, Pennsylvania (the "Project").

6.  The Project is covered by the Pa. Contractor and Subcontractor Payment Act.

7.  Nason and Trio Siteworks LLC ("Trio") entered into a subcontract for Trio to perform certain work on the Project.

8.  Trio and Moore entered into a subcontract for Moore to perform certain work on the Project.

9.  Moore performed and satisfactorily completed its work for Trio on the Project under its subcontract, including additional change order work approved by Trio.

10. Republic Bank has accepted and occupied all of Moore's work performed for Trio.

11. Moore did not receive any notices of deficiency from Trio, Nason or Republic Bank for any of the work which it performed for Trio on the Project.

12. The amount due and owing to Moore from Trio is $87,505.

13. All conditions precedent to Moore's entitlement to payment from Nason and/or Trio for its work on the Project have been satisfied.

14. Upon information and belief, Republic Bank has not paid Nason for Trio's work on the Project, including Moore's work thereunder, and Nason in turn has not paid Trio for Trio's work on the Project, including Moore's work thereunder, due solely to deficiencies in the work which was performed solely by Trio on the Project.

15.     None of Moore's work on the Project is a basis in any way for Republic Bank refusing to pay Nason for Trio's work on the Project, including Moore's work.

16.     Despite repeated demands, Nason and Trio have, without justification, refused and failed to pay Moore the amount due and owing for Moore's work for Trio on the Project.

17.     On or about August 10, 2017, Trio obtained from Bondex payment bond no. BX02240 (the "Bond") in the penal sum of $452,000 for the benefit of subcontractors and suppliers to Trio on the Project and to secure payments owed by Trio to subcontractors and suppliers on the Project.

18.     Moore is a claimant under and is within the class of persons protected by the Bond.

19.     Moore filed a claim with Bondex against the Bond.

20.     Bondex has failed and refused to honor Moore's claim against the Bond.

21.     Moore has satisfied all conditions precedent to a claim under the Bond.

22.     Bondex's failure and refusal to honor's Moore's claim and to pay Moore the amount which is due and owing for Moore's work for Trio on the Project is a breach of the terms and conditions of the Bond.

23.     Under the Bond, due to Trio's failure and refusal to pay Moore the amount due and owing, Moore is entitled to payment from Bondex in the amount of $87,505.

WHEREFORE, Plaintiff Moore Outdoor Rejuvenation, Inc., demands judgment in its favor and against Defendant Bondex Insurance Company in the sum of $87,505, plus interest and costs, and such other and further relief as this Court deems just and proper.

CHARLSON BRABER MCCABE & DENMARK

By:     s/ Christopher I. McCabe *Christopher McCabe*
        Christopher I. McCabe, Esquire